UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD HERRERA,
individually and
on behalf of all others similarly situated,

     Plaintiff,

v.                                           Case No. 8:25-cv-3551-TPB-SPF

FYZICAL ACQUISITION HOLDINGS, LLC.,

     Defendant.
_____/

## ORDER GRANTING "PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE ACTIONS, APPOINT INTERIM CLASS COUNSEL, AND SET DEADLINE FOR FILING OF CONSOLIDATED COMPLAINT"

This matter is before the Court on "Plaintiffs' Unopposed Motion to Consolidate Actions, Appoint Interim Class Counsel, and Set Deadline for Filing of Consolidated Complaint," filed on January 23, 2026. (Doc. 11). The motion seeks to consolidate the instant case with two other cases, *Luro v. Fyzical Acquisition Holdings, LLC*, 8:26-cv-18-TPB-NHA (M.D. Fla.), and *Kunsman v. Fyzical Acquisition Holdings, LLC*, 8:26-cv-125-TPB-SPF (M.D. Fla.).

These actions involve identical or substantially similar parties, facts, and legal issues such that it would appear to be an exceedingly inefficient use of judicial and party resources to allow essentially the same dispute to be litigated concurrently in three separate lawsuits in the same Court before the same judge. The Court finds that consolidation would therefore promote the interests of judicial

economy and convenience, and that consolidation would not appear likely to yield any substantial inconvenience, delay, or expense for the Court or the parties. Moreover, the Court finds that consolidation would not lead to prejudice or possible confusion, unfair burdens on the parties or witnesses, or undue delay to resolve the consolidated case.  For these reasons, and given the parties' consent to consolidation, the Court will exercise its discretion to consolidate the actions pursuant to Federal Rule of Civil Procedure 42(a) for all purposes, including discovery and trial.

Additionally, having given due consideration to the relevant factors set forth in Fed. R. Civ. P. 23(g), the Court appoints Jeff Ostrow of Kopelowitz Ostrow P.A., Mariya Weekes of Milberg, PLLC, and Gerald D. Wells, III of Lynch Carpenter, LLP as interim class counsel for all Plaintiffs and putative class members.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. "Plaintiffs' Unopposed Motion to Consolidate Actions, Appoint Interim Class Counsel, and Set Deadline for Filing of Consolidated Complaint" (Doc. 11) is hereby **GRANTED**.

2. The Clerk is directed to consolidate Case Nos. 8:26-cv-18-TPB-NHA and 8:26-cv-125-TPB-SPF under **MASTER CASE NUMBER** 8:25-cv-3551-TPB-SPF (the "Consolidated Case").

3. This action shall proceed under the Consolidated Case, and all subsequent filings shall be made in the Consolidated Case.

4. The Clerk is directed to close Case Nos. 8:26-cv-18-TPB-NHA and 8:26-cv-125-TPB-SPF.

5. The Clerk shall promptly docket notice of the entry of this Order in Case Nos. 8:26-cv-18-TPB-NHA and 8:26-cv-125-TPB-SPF.

6. The Court appoints Jeff Ostrow of Kopelowitz Ostrow P.A., Mariya Weekes of Milberg, PLLC, and Gerald D. Wells, III of Lynch Carpenter, LLP as interim class counsel for all Plaintiffs and putative class members.

7. Plaintiffs are directed to a single, consolidated complaint on or before March 2, 2026.  Defendant may file its response within twenty-one days after the filing of the consolidated complaint.

8. Plaintiffs are further directed to file the joint case management report on or before March 2, 2026.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, on this 29th day of January, 2026.

_____
TOM BARBER
UNITED STATES DISTRICT JUDGE